**1Starr DALTON, Plaintiff—Appellant,**

v.

**WEST VIRGINIA DIVISION OF CORRECTIONS; David Ballard, Warden; Jim Rubenstein; Samuel Keenan, Corporal; Donna Braenovich, Corporal; Darren Kozart, Correctional Officer II; Jared Alsop, Correctional Officer II; Derek McKinney, Lieutenant; Jason Claudell, Captain; Brian Greenwood, Defendants—Appellees.**

238

No. 09–7692.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Jan. 27, 2010.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed as modified by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

1Starr Dalton appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we modify the dismissal of the action to be without prejudice and affirm as modified for the reasons stated by the district court. *Dalton v. W. Va. Div. of Corr.*, No. 2:08–cv–01151, 2009 WL 2762449 (S.D.W.Va. Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*